# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

IN RE:                     )      Chapter 7

BENJAMIN, SARAH JEAN         )      Case No. 4:19-bk-04249-BMW
               Debtor(s).     )

                               )      ORDER REOPENING CASE

                               )

                               )

      This case having been closed and the Trustee having moved to reopen the case as the Trustee now has assets to be administered.

      IT IS HEREBY **ORDERED** that the above captioned case be reopened. The filing fee due upon reopening of the case shall be paid by the Trustee from the estate. If there are insufficient estate funds to pay the fee at this time, the Trustee shall pay the fee as soon as there are sufficient estate funds.

      IT IS **FURTHER ORDERED** that the Trustee be appointed to administer those assets.

DATED AND SIGNED ABOVE.