ILENE J. LASHINSKY (#003073)
United States Trustee

ELIZABETH C. AMOROSI (#10755)
Assistant United States Trustee
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003-1706
(602) 682-2600

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| Sarah Jean Benjamin, | Case No. 4:19-bk-04249-BMW |
| Debtor(s). | **NOTICE OF APPOINTMENT OF TRUSTEE IN REOPENED CASE** |

David Birdsell, Mesa, Arizona, having previously filed a blanket bond approved by the United States Trustee, has been appointed Trustee of the estate of the above-named debtor(s), whose case was reopened for further administration.

Respectfully Submitted,

ELIZABETH C. AMOROSI
Assistant United States Trustee
District of Arizona

Dated: February 8, 2021   /s/ ECA (#10755)
ELIZABETH C. AMOROSI
Assistant United States Trustee
District of Arizona