Theodore P. Witthoft (State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: twitthoft@wdlawpc.com

Attorneys for Trustee, David A. Birdsell

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| SARAH JEAN BENJAMIN, | ) Case No. 4:19-bk-04249-BMW |
| Debtor. | ) **NOTICE OF APPEARANCE** |

Pursuant to Federal Bankruptcy Rule 9010(b), Theodore P. Witthoft of the law firm of Witthoft Derksen, P.C., hereby enter their appearance of record for David A. Birdsell, the chapter 7 trustee of this Estate, and hereby request that they receive copies of all filings in the administrative case, notices of all matters concerning this bankruptcy proceeding, and that they be placed on the master mailing list forthwith, as follows:

> Theodore P. Witthoft
> Witthoft Derksen, P.C.
> 3550 North Central Avenue, Suite 1006
> Phoenix, Arizona 85012
> Telephone (602) 680-7332
> Facsimile (602) 357-7476
> twitthoft@wdlawpc.com

This request encompasses all notices, copies and pleadings referred to in Title 11 of the United States Code, and the Bankruptcy Rules, including, without limitation, notices of any order, motions, demand, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral,

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect any interest of this chapter 7 estate.

Please take notice that the undersigned intends that neither this Request for Notices nor any later appearance, pleadings, claim, or suit shall waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding so triable in this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which the trustee or this estate are entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

WITTHOFT DERKSEN, P.C.

By /s/ Theodore P. Witthoft       #021632
   Theodore P. Witthoft
   Attorneys for David A. Birdsell, Chapter 7 Trustee

Copy of the foregoing *emailed/mailed this 10th day of February, 2021, to:

*Larry Watson, Esq.
United States Trustee's Office
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

*David A. Birdsell
216 North Center
Mesa, Arizona 85201
Chapter 7 Trustee
ecf@azbktrustee.com

Sarah Jean Benjamin
971 W Desert Seasons Dr
San Tan Valley, Az 85143-3434
Debtor

*Andrew S. Nemeth
Lerner & Rowe Law Group
2701 E. Camelback Rd., Ste. 185
Phoenix, Az 85016
Email: anemeth@larlg.com


/s/ Aimee Bourassa