Theodore P. Witthoft (State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: twitthoft@wdlawpc.com

Attorneys for Trustee, David A. Birdsell

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| SARAH JEAN BENJAMIN, | ) Case No. 4:19-bk-04249-BMW |
| | ) |
| Debtor. | ) **TRUSTEE'S APPLICATION FOR** |
| | ) **EMPLOYMENT OF COUNSEL** |
| | ) |
| | ) |

Pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, David A. Birdsell ("Trustee") hereby submits his application ("Application") to employ Witthoft Derksen, P.C. (the "Firm") as counsel for the Trustee in these chapter 7 proceedings.

1. The Trustee wishes to employ the Firm as Trustee' attorney to represent the Trustee in this matter. The Trustee has selected the Firm because its attorneys have considerable bankruptcy experience and, further, the Trustee believes that the Firm is qualified to represent the Trustee in this case.

2. The Trustee attests that upon his review of the Statement of Financial Affairs and accompanying Schedules of the above captioned debtor(s) (hereinafter referred to as the "Debtor"), other information provided by the Debtor and information otherwise obtained, the Trustee is in need of employing legal counsel to protect the estate's interests.

3. The Trustee further attests that the services required of legal counsel are beyond those that the Trustee can provide as the trustee of the estate, and that the associated costs are warranted as compared to the prospective benefit to the estate.

4. The Trustee attests that the facts and issues for which he seeks to have the Firm employed are specific in nature. The Trustee is not an attorney. Pursuant to Local Rule 2014-1(b), without in any way waiving privilege in this case, privileged legal strategy, or otherwise prejudicing the estate, the Trustee is seeking to have the Firm assist the Trustee with legal advice and to assist the Trustee pertaining to certain issues concerning a tort claim. It may be that further discovery in this case may lead to additional legal issues that the Trustee will require the Firm's assistance. The Trustee attests that any current or future services required of legal counsel, and the associated costs attributable to those services, are and shall be warranted as compared to the prospective benefit to the estate. The Trustee attests that the Firm is not being sought in any way to perform those duties assigned and expected of the Trustee as part of his duties pursuant to 11 U.S.C. §704 and Fed. R. Bankr. P. 2015(a).

5. The Trustee requests that Firm assist in preserving property of the estate, pursuing claims of the estate, and to provide services in that regard, which include, but are not limited to:

   a. To advise and consult with the Trustee concerning questions arising in the conduct of the administration of the estate and concerning the Trustee's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest;

   b. To appear for, prosecute, defend and represent the Trustee's interest in suits arising in or related to this case;

   c. To investigate and prosecute preference and other actions arising under the Trustee's avoiding powers; and

   d. To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate; and to consult with and advise

1 | Trustee in connection with the operation of or the termination of the operation of the business of the Debtor(s).

6. Pursuant to Bankruptcy Rule 2014, to the best of Trustee's knowledge and in reliance upon the attached Declaration of Theodore P. Witthoft (who will be primarily responsible for representation in this case) attached hereto as Exhibit A, the Firm is disinterested and does not hold or represent an interest adverse to this Estate and that employment of the Firm would be in the best interest of this Bankruptcy Estate. The Declaration of Theodore P. Witthoft verifies, to the extent it has not otherwise been disclosed, any of the Firm's connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

7. As agreed by the Trustee, subject to approval of the Court, the hourly rates of the attorneys and other personal within the Firm are as follows:

| Attorneys | State(s) Licensed | Area(s) of Expertise | Year Admitted | Billable Rates for General Counsel for Trustee |
|---|---|---|---|---|
| Patrick T. Derksen | Illinois; Arizona | Bankruptcy | 2003 IL; 2004 AZ | $385 |
| Theodore P. Witthoft | Arizona; Colorado | Bankruptcy | 2001 CO; 2002 AZ | $385 |
| Scott H. Zwillinger | Arizona; New York | Complex Commercial Litigation Real Estate Litigation | 1999 AZ; 1999 NY | $385 |
| Paralegals | | | | $195 |
| Law Clerks | | | | $150 |
| Litigation Assistant | | | | $75 |

WHEREFORE, David A. Birdsell, Trustee, respectfully requests that he be authorized to employ and appoint the Firm of Witthoft Derksen, P.C., effective February 10, 2021, the filing

date of this Application, to represent the Trustee in connection with these chapter 7 proceedings. The Trustee requests that, after appropriate application, notice and order of this Court, the Firm be paid its costs and fees incurred as a result of its appointment as counsel for the Trustee in this matter and that the Firm's fees and costs be paid on an hourly basis in accordance with the fee schedule set forth herein.

Respectfully submitted,

By /s/ David A. Birdsell
    David A. Birdsell, Chapter 7 Trustee

Copy of the foregoing *emailed/mailed this 10th day of February, 2021, to:

*Larry Watson, Esq.
United States Trustee's Office
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

*David A. Birdsell
216 North Center
Mesa, Arizona 85201
Chapter 7 Trustee
ecf@azbktrustee.com

Sarah Jean Benjamin
971 W Desert Seasons Dr
San Tan Valley, Az 85143-3434
Debtor

*Andrew S. Nemeth
Lerner & Rowe Law Group
2701 E. Camelback Rd., Ste. 185
Phoenix, Az 85016
Email: anemeth@larlg.com


/s/ Aimee Bourassa

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Exhibit A**

Theodore P. Witthoft (State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: twitthoft@wdlawpc.com

Attorneys for Trustee, David A. Birdsell

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| SARAH JEAN BENJAMIN, | ) Case No. 4:19-bk-04249-BMW |
| | ) |
| Debtor. | ) **DECLARATION OF THEODORE P.** |
| | ) **WITTHOFT IN SUPPORT OF** |
| | ) **TRUSTEE'S APPLICATION FOR** |
| | ) **EMPLOYMENT OF COUNSEL** |

I, Theodore P. Witthoft, make this declaration under penalty of perjury and I declare and state as follows:

1. I am an attorney duly admitted to practice in the State of Arizona and in this Court.

2. I am an attorney in the law firm of Witthoft Derksen, P.C. (the "Firm") with offices located at 3550 North Central Avenue, Suite 1006, Phoenix, Arizona 85012, and as such, am authorized to make this declaration on behalf of the Firm.

3. All of the attorneys of the Firm are duly admitted to practice in Arizona and before this Court.

4. I have extensive experience in bankruptcy law and all other attorneys of the Firm have handled bankruptcy matters. Accordingly, the Firm is well-qualified to represent the Trustee and is willing to accept employment on the basis set forth in the Application.

5. To the best of my knowledge, based on an internal conflict check, the Firm has no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States

Trustee and the Firm does not represent any person or entity holding an interest adverse to the chapter 7 trustee or this Bankruptcy Estate.

6. I believe the Firm to be disinterested within the meaning of 11 U.S.C. § 327. The Firm has no agreement to split its fees with any person or entity.

7. The Firm is prepared to represent the chapter 7 trustee in his pursuit of this Estate's interests.

/s/ Theodore P. Witthoft     (#021632)
Theodore P. Witthoft