# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) Chapter 7 | |
| ) | |
| SARAH JEAN BENJAMIN, ) Case No. 4:19-bk-04249-BMW | |
| ) | |
| Debtor. ) **ORDER AUTHORIZING** | |
| ) **EMPLOYMENT OF COUNSEL** | |
| ) | |
| ) | |

Chapter 7 trustee David A. Birdsell ("Trustee"), having requested authority to employ and appoint the law firm of Witthoft Derksen, P.C. (the "Firm") to represent and assist the Trustee in pursuing the Estate's interests; the Trustee's application having included the Declaration of Theodore P. Witthoft ("Witthoft") which demonstrates Witthoft is an attorney duly admitted to practice in this Court and that the law firm of Witthoft Derksen, P.C., represents no entity holding an adverse interest to the Estate or the Trustee, and that the Firm is a disinterested party; it appearing to the Court that employment of the Firm would be in the best interest of the Bankruptcy Estate; and good cause appearing, it is:

ORDERED, pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, that the Trustee be and hereby is authorized to employ the law firm of Witthoft Derksen, P.C., as counsel to represent the Trustee in this case as of February 10, 2021 the filing date of the Application.

IT IS FURTHER ORDERED that legal services rendered by Witthoft Derksen, P.C., on behalf of the Trustee and this Estate be charged on an hourly basis in accordance with the terms set forth in the Trustee's application to employ said Firm, and that costs be charged by the Firm to the Estate and that approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the court must have an opportunity to review any objections which any party may have. The court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 329, 330, and 331.

**DATED AND SIGNED ABOVE.**